UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLDEN GREEN<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 5:25-cv-04408-NW<br><br>Honorable Noel Wise<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND<br><br>Complaint Filed: October 14, 2024<br><br>Removal Filed: May 22, 2025 |

### [~~PROPOSED~~] ORDER

The Court, having considered the Stipulation to Remand (the "Stipulation") filed jointly by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of Santa Clara.

**IT IS SO ORDERD.**

Dated: December 19, 2025

_____
Hon. Noel Wise
United States District Judge